# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-21-CAR-CHW-2 |
| MOLLY ALLEN, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Molly Allen's Unopposed Motion to Continue [Doc. 78] the pretrial conference scheduled for March 8, 2023 and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On August 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine. On January 31, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and released on an unsecured bond. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that he has not yet received all of the Government's discovery, and therefore additional time is needed to receive and discovery, investigate the case and possible defenses, file any pretrial motions, and pursue pleas negotiations and prepare for trial, if necessary. Having considered the

matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 78] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 2nd day of March, 2023.

                                          s/ C. Ashley Royal
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT